IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CESAR QUINTERO CALLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-2362-M |
| | § | |
| FEDERAL BUREAU OF | § | |
| INVESTIGATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on Defendants' *Motion to Dismiss, or in the Alternative, for Summary Judgment*, filed February 18, 2011 (doc. 15)[1]. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Defendants' motion to dismiss is **DENIED**, their alternative motion for summary judgment is **GRANTED**, and all of Plaintiff's claims against them are dismissed with prejudice.

SIGNED this 26th day of August, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

---

[1] Line 7 on Page 5 of the Findings, Conclusions, and Recommendation should read "Defendants now move..."